**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1063**

---

DARRYL ALLMOND,

                                          Plaintiff - Appellant,

        versus

AL MOSELY; JOHN & JANE DOE; MELISSA ARNOLD;
BARBARA JOHNSON; AHMED GHULAMANI,

                                      Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-02-1533-A)

---

Submitted: May 15, 2003             Decided: May 20, 2003

---

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Darryl Allmond, Appellant Pro Se. Andrew Joseph Terrell, WHITEFORD, TAYLOR & PRESTON, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl Allmond seeks to appeal the district court's orders denying permission to proceed in forma pauperis and dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. <u>See</u> <u>Allmond v. Mosely</u>, No. CA-02-1533-A (E.D. Va. Nov. 14, 2002; filed Dec. 16, 2002 & entered Dec. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>